### *Elijah Ranney* v. *Joseph Crary.*

IN a former term, this cause had, after joinder in error, been brought up for argument, but the court observing that the justice had made no return to the *certiorari* attached to the papers, directed a rule, ordering one by the first day of the next term. Before a service of this could be effected, the justice

had quitted the state, and had never returned with-- in it.

*Breese*, for the defendant, now moved to nonpross the writ, and have his costs allowed.

*Per Curiam.* Why did you join in error? Your costs are of your own seeking, and without any fault in the plaintiff. You may sue out execution on your judgment below; but the plaintiff must have liberty to discontinue without costs.